Mark C. Choate, AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile: (888) 856-3894
Email: lawyers@choatelawfirm.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| HEATHER MALIN AND MARIYA MCNEESE,<br><br>Plaintiffs,<br><br>v.<br><br>OSPREY UNDERWRITING AGENCY LIMITED, AND ITS CERTAIN UNDERWRITERS, a foreign unincorporated entity and/or corporation, and, CERTAIN UNDERWRITERS AT LLOYD'S, a foreign unincorporated entity and/or corporation, and, WELLS FARGO INSURANCE SERVICES USA, INC.,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR BREACH OF CONTRACT AND BAD FAITH**<br><br>**JURY TRIAL REQUESTED** |

Plaintiffs Heather Malin and Mariya McNeese, by and through their counsel Choate Law Firm, LLC, allege against the above-named Defendants as follows:

**I.     IDENTITY OF PARTIES**

1.1    Plaintiff Heather Malin is a resident of Alaska, and was at all relevant times to this complaint, a Jones Act Seaman in the employment of Jason Koontz, Vincent Goddard and F/V American Beauty, LLC, and in the services of the F/V AMERICAN BEAUTY in Prince William Sound, Alaska, which is the named assured under the policies of insurance described herein.

COMPLAINT
Page 1 of 8

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:20-cv-00119-JWS   Document 2   Filed 05/26/20   Page 1 of 8

1.2     Plaintiff Mariya McNeese is a resident of Washington, and was at all relevant times to this complaint, a Jones Act Seaman in the employment of Jason Koontz, Vincent Goddard and F/V American Beauty, LLC, and in the services of the F/V AMERICAN BEAUTY in Prince William Sound, Alaska, which is the named assured under the policies of insurance described herein.

1.3     Defendant Osprey Underwriting Agency Limited and its Certain Underwriters ("Osprey") was at all relevant times a foreign insurer authorized to do business, and doing business, in Kenai Peninsula Borough, Alaska. At all times material hereto, Osprey insured F/V American Beauty, LLC and its vessel, the F/V AMERICAN BEAUTY, under a policy of insurance issued for the term August 1, 2015 to August 1, 2016 and bearing Policy Number M15PP06650-02.

1.4     At all times material hereto, the insurance policy issued by Osprey included Protection and Indemnity coverage for Jason Koontz, Vincent Goddard, and F/V American Beauty, LLC and its vessel, the F/V AMERICAN BEAUTY. It is the primary coverage insuring the injuries sustained by Plaintiffs Heather Malin and Mariya McNeese as members of the crew of the F/V AMERICAN BEAUTY and in the underlying civil action described below.

1.5     Defendant Certain Underwriters at Lloyd's is, upon information and belief, an unincorporated insurance association based in London, England. At all times material hereto, the Certain Underwriters at Lloyd's underwrote the coverage for F/V American Beauty, LLC and its vessel, the F/V AMERICAN BEAUTY.

1.6     The subscribers to the policy issued by the Certain Underwriters at Lloyd's are syndicates.

1.7     Each syndicate which subscribed to the policy issued by the Certain Underwriters at Lloyd's was and is, upon information and belief, an unincorporated association or other form of partnership and/or joint venture of member investors, consisting of numerous natural persons and possibly other legal entities (hereinafter jointly referred to as "Names").

COMPLAINT
Page 2 of 8

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:20-cv-00119-JWS   Document 2   Filed 05/26/20   Page 2 of 8

1.8     The Names through their respective syndicates, acting by their managing agents or active underwriters or both, were and are in the business of underwriting insurance risks and participating in insurance policies on risks throughout the world, including risks which are resident in the State of Alaska.

1.9     Names are identified by the number assigned to the various and several Lloyd's syndicates, whose respective proportions of the total liability for the insured loss are:

| **SYNDICATE** | **SYNDICATE NUMBER** | **SIGNED LINES** |
|---|---|---|
| SJC | 2003 | 52.50% |
| LIB | 4472 | 17.50% |
| AUW | 609 | 7.50% |
| BRT | 2987 | 7.50% |
| TAL | 1183 | 5.00% |
| AUL | 1274 | 5.00% |
| AMA | 1200 | 5.00% |

1.10    The insurance coverage provided by the Certain Underwriters at Lloyd's included Protection and Indemnity coverage for Jason Koontz, Vincent Goddard, and F/V American Beauty, LLC and its vessel, the F/V AMERICAN BEAUTY. This coverage insured the injuries sustained by Plaintiffs Heather Malin and Mariya McNeese as members of the crew of the F/V AMERICAN BEAUTY and in the underlying civil action described below.

1.11    In addition, and under the policy issued by Osprey and the Certain Underwriters at Lloyd's, it is provided that:

> It is agreed that in the event of the failure of the Underwriters severally subscribing this Insurance (the Underwriters) to pay any amount claimed to be due hereunder, the Underwriters, at the request of the Assured, will submit to the jurisdiction of a court of competent jurisdiction within the United States of America.

COMPLAINT
Page 3 of 8

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:20-cv-00119-JWS   Document 2   Filed 05/26/20   Page 3 of 8

1.12     Such request is hereby made to Osprey and the Certain Underwriters at Lloyd's.

1.13     Defendant Wells Fargo Insurance Services USA, Inc. ("Wells Fargo"), is, upon information and belief, a New York corporation, with a principal place of business at Valhalla, New York. At all times material hereto, Wells Fargo was and now is the insurance broker for the F/V AMERICAN BEAUTY, which is established in Kenai Peninsula Borough, Alaska.

1.14     At all times material hereto the above identified Defendants did business within this judicial district, which specifically included brokering and/or issuing insurance policies to the insured F/V American Beauty, LLC and its vessel, the F/V AMERICAN BEAUTY, a limited liability company and vessel established in Kenai Peninsula Borough, Alaska.

## II.     JURISDICTION AND VENUE

2.1     This Honorable Court has jurisdiction to hear this cause of action pursuant to Diversity of Citizenship pursuant to 28 U.S.C. § 1332, its maritime jurisdiction pursuant to 28 U.S.C. §1333, and this Honorable Court's pendent jurisdiction. The amount in controversy herein, exclusive of interest and costs, exceeds $750,000.00 and is sufficient for the jurisdiction of this Honorable Court pursuant to 28 U.S.C. § 1332.

2.2     Venue is proper in the United States District Court for the District of Alaska.

## III.     THE INSURANCE POLICY

3.1      On or about August 1, 2015, the Defendant Wells Fargo placed Protection & Indemnity insurance coverage for, *inter alia*, F/V American Beauty, LLC and its vessel, the F/V AMERICAN BEAUTY, in a total coverage amount of $1,000,000.00.

3.2     The Protection & Indemnity pertinent coverage provides as follows:

The Assurer hereby undertakes to make good to the Assured or the Assured's executors, administrators and/or successors, all such loss and/or damage and/or expense as the Assured shall as owners of the vessel named herein have become liable to pay and shall pay on account of the liabilities, risks, events and/or happenings herein set forth: 1. Liability for loss of life of, or personal injury to, or illness of, any person[.]

COMPLAINT
Page 4 of 8

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:20-cv-00119-JWS   Document 2   Filed 05/26/20   Page 4 of 8

3.3     Osprey provided the primary Protection & Indemnity coverage for F/V American Beauty, LLC and its vessel, the F/V AMERICAN BEAUTY under Policy Number M15PP06650-02 in the amount of $1,000,000.00. A copy of the Osprey policy is attached hereto as Exhibit "1" to this Complaint and incorporated herein.

3.4     The coverage provided by Osprey was underwritten 100% by Certain Underwriters at Lloyd's and subscribed to by the Names under the same policy number.

## IV.     THE UNDERLYING LITIGATION

4.1     Plaintiffs Heather Malin and Mariya McNeese were members of the crew of the F/V AMERICAN BEAUTY on August 6, 2015. The F/V AMERICAN BEAUTY was, and now is, owned and operated by F/V American Beauty, LLC.

4.2     Plaintiffs Heather Malin and Mariya McNeese sustained personal injuries, including injuries to their physical bodies and post-traumatic stress disorder, onboard the F/V AMERICAN BEAUTY on August 6, 2015 while the vessel was fishing in the navigable waters of Prince William Sound, Alaska.

4.3     Plaintiffs Heather Malin and Mariya McNeese commenced a civil action in the United States District Court for the District of Alaska on October 4, 2016 entitled "Heather Malin and Mariya McNeese v. Jason Koontz, Vincent Goddard, and F/V American Beauty, LLC, Case 3:16-cv-00232-TMB", alleging a cause of action for Jones Act, 46 U.S.C. § 30104, negligence and intentional tortious acts, and General Maritime Law for payment of maintenance and cure benefits. A copy of the Complaint is attached hereto as Exhibit "1" and incorporated herein.

4.4     Despite notice of the underlying action, Defendants Osprey and Certain Underwriters at Lloyd's refused to defend the action and/or indemnify F/V American Beauty, LLC for the claims.

4.5     The civil action was resolved by a settlement agreement on August 6, 2018, by and among Plaintiffs Heather Malin and Mariya McNeese and Defendants Jason Koontz, Vincent Goddard, and F/V American Beauty, LLC. On September 6, 2018, the parties submitted a

COMPLAINT
Page 5 of 8

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:20-cv-00119-JWS   Document 2   Filed 05/26/20   Page 5 of 8

Stipulation for Entry of Judgment Against F/V American Beauty, LLC and Dismissal of Jason Koontz and Vincent Goddard. That same settlement agreement provided that F/V American Beauty LLC, Vincent Goddard and Jason Koontz assigned to plaintiffs "any and all claims they may have against Lloyds of London Underwriters through Osprey, Policy #M15PP06650-02, Osprey Underwriting Agency limited and Wells Fargo Insurance Services USA, Inc., including claims for attorneys' fees and costs incurred to date in defending this matter." A copy of the Settlement Agreement is attached hereto as Exhibit "2" and incorporated herein.

4.6   On September 14, 2018 the Judgment entered in favor of Heather Malin and against F/V American Beauty LLC in the amount of $375,000.00, and in favor of Mariya McNeese and against F/V American Beauty LLC in the amount of $375,000.00. A copy of the Judgment is attached hereto as Exhibit "3" and incorporated herein.

4.7   Moreover, Defendants Jason Koontz, Vincent Goddard, and F/V American Beauty, LLC assigned to Plaintiffs Heather Malin and Mariya McNeese any and all claims they may have against Defendants Osprey, Certain Underwriters of Lloyd's, Policy #M15PP06650-02, and Wells Fargo, including claims for attorneys' fees and costs incurred to date in defending the matter.

## V.   CAUSES OF ACTION

### COUNT I

(Breach of Contract by Osprey, Certain Underwriters at Lloyd's and Wells Fargo)

5.1   Plaintiffs incorporate all of their foregoing allegations by reference.

5.2   The insured, F/V American Beauty, LLC, and Plaintiffs, as assignees of F/V American Beauty, LLC, have complied with all preconditions to the contract of insurance issued by Osprey and Certain Underwriters at Lloyd's.

COMPLAINT
Page 6 of 8

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:20-cv-00119-JWS   Document 2   Filed 05/26/20   Page 6 of 8

5.3     By wrongfully failing to defend and indemnify the underlying civil action, even though demand was duly tendered and rejected, Osprey, Certain Underwriters at Lloyd's and Wells Fargo breached their contract(s) of insurance.

5.4     As a result of Osprey, Certain Underwriters at Lloyd's, and/or Wells Fargo's failure to defend and indemnify the underlying civil action within the policy limits, Plaintiffs sustained damages at a level not less than $750,000.00.

5.5     WHEREFORE, Plaintiffs pray that this Honorable Court enter Judgment in Plaintiffs' favor against Defendants Osprey, Certain Underwriters at Lloyd's and the subscribing Names, and Wells Fargo, jointly and severally, for compensatory damages, costs, interest, and reasonable attorney fees.

## COUNT II

(Bad Faith by Osprey, Certain Underwriters at Lloyd's and Wells Fargo)

5.6     Plaintiffs incorporate all of their foregoing allegations by reference.

5.7     The policy of insurance issued by Defendants Osprey, Certain Underwriters at Lloyd's and Wells Fargo imposed a duty on the insurers to act in good faith in representing and protecting the insured with respect to any claim or litigation, including an obligation of settlement of any such claim or litigation for a sum equal to or within the policy limit when it was reasonable to do so and such opportunity was presented to the insurers.

5.8     The conduct of Defendants Osprey, Certain Underwriters at Lloyd's and Wells Fargo in refusing to defend or to contribute to the settlement of the claims on F/V American Beauty, LLC's behalf constitutes bad faith, there being no reasonable basis for denying a claim which clearly sets forth a claim for personal injury caused by an insured vessel during the covered policy years.

5.9     Moreover, the conduct of Defendants Osprey, Certain Underwriters at Lloyd's and Wells Fargo in refusing to pay the claim made by Plaintiffs Heather Malin and Mariya McNeese on the judgment in the underlying litigation constitutes bad faith, there being no reasonable basis

COMPLAINT
Page 7 of 8

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:20-cv-00119-JWS   Document 2   Filed 05/26/20   Page 7 of 8

for denying a claim which clearly sets forth a claim for personal injury caused by an insured vessel during the covered policy years.

5.10　The wrongful and deliberate conduct of Defendants Osprey, Certain Underwriters at Lloyd's and Wells Fargo has forced F/V American Beauty, LLC to expend funds in defending the underlying action and forced Plaintiffs Heather Malin and Mariya McNeese, as assignees of F/V American Beauty, LLC, to expend funds in pursuing this action.

5.11　Plaintiffs Heather Malin and Mariya McNeese are entitled to recover punitive and exemplary damages from of Defendants Osprey, Certain Underwriters at Lloyd's and Wells Fargo, in order to deter similar conduct from other underwriters in the future.

5.12　WHEREFORE, Plaintiffs pray that this Honorable Court enter Judgment in Plaintiffs' favor against Osprey, Certain Underwriters at Lloyd's and its subscribing Names, and Wells Fargo, jointly and severally, for compensatory damages, punitive damages, costs, interest, and reasonable attorney fees.

## VI.　PRAYER FOR RELIEF

WHEREFORE, Plaintiffs prays judgment against Defendants, and each of them, as follows:

1. For compensatory damages according to proof at trial;
2. For punitive damages according to proof;
4. For allowable attorney's fees and costs; and
5. For such other and further relief as the court may deem just and proper.

Dated: May 26, 2020

By: s/Mark Choate
Mark C. Choate, AK #8011070
Attorney for Plaintiffs

COMPLAINT
Page 8 of 8

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:20-cv-00119-JWS   Document 2   Filed 05/26/20   Page 8 of 8